IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANGELO PERRY, | : | |
| Petitioner, | : | |
| v. | : | CASE NO.: 1:11-CV-34 (WLS) |
| REGINALD D. MICHAEL, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed May 9, 2012. (Doc. 18). It is recommended that Petitioner's habeas petition be dismissed. (Doc. 18 at 3).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.*) The period for objections expired on Wednesday, May 23, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's habeas petition is **DISMISSED**.

**SO ORDERED**, this  22nd  day of June, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**